*Mr. P. M. Beach* for petitioner. *Mr. John W. Reynolds* for respondents.

No. 727. TINKOFF *v.* MELLON. March 23, 1931. Petition for writ of certiorari to the Court of Appeals of the District of Columbia denied. *Messrs. John E. Bennett* and *Paysoff Tinkoff* for petitioner. *Solicitor General Thacher,* and *Messrs. Claude R. Branch, J. Frank Staley,* and *Paul D. Miller* for respondent.

No. 729. KENMOTSU *v.* NAGLE, U. S. COMMISSIONER. March 23, 1931. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Carol W. King* for petitioner. *Solicitor General Thacher,* and *Messrs. Claude R. Branch* and *Harry S. Ridgely* for respondent.

No. 732. CRAIG, TRUSTEE IN BANKRUPTCY, *v.* INDUSTRIAL ACCEPTANCE CORP. March 23, 1931. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. Allen McReynolds* for petitioner. *Mr. Walter E. Beebe* for respondent.

No. 741. WINGERT ET AL., EXECUTORS, *v.* HAGERSTOWN BANK ET AL. March 23, 1931. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Mr. Miller Wingert* for petitioners. No appearance for respondents.

No. 742. SMITH *v.* UNITED STATES. March 23, 1931. Petition for writ of certiorari to the Circuit Court of Ap-